UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W. L. MUNIZ, Warden,<br><br>　　　　　Respondent. | Case No. 16-cv-04508-MEJ (PR)<br><br>**JUDGMENT** |

This federal habeas action having been dismissed without prejudice, judgment is entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  January 27, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge